ARCHER & GREINER
A Professional Corporation
One Centennial Square
Haddonfield, NJ 08033-0968
(856) 795-2121
Attorneys for Defendant
AmGUARD Insurance Company

BY:   KERRI E. CHEWNING, ESQUIRE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK DANIEL HOSPITALITY LLC (D/B/A INC), <br><br> Plaintiff, <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, <br><br> Defendant. | Civil Action No.: 20-6772 (FLW) <br><br><br><br><br> ELECTRONICALLY FILED |

### REQUEST FOR CLERK'S EXTENSION

Application is hereby made for a Clerk's Order extending by fourteen (14) days the time within which Defendant AmGUARD Insurance Company may answer, move or otherwise respond to the Complaint. It is represented that:

1.   Defendant AmGUARD timely removed this case on June 2, 2020;

2.   Pursuant to Fed. R. Civ. P. 81(c), the deadline for all Defendant to file an answer or other responsive pleading or motion is June 9, 2020;

3.   That time period has not yet expired;

4.   No previous extension has been obtained;

5. This application is made without any prejudice to the right of Defendant to assert any and all applicable defenses and arguments and nothing herein shall be deemed to constitute a waiver;

6. Pursuant to this application, the new due date for Defendant to answer, move or file some other responsive pleading will be June 23, 2020.

                                      ARCHER & GREINER
                                      A Professional Corporation
                                      Attorneys for Defendant,
                                           AmGUARD Insurance Company

                                      By: *Kerri E. Chewning*
                                           KERRI E. CHEWNING, ESQUIRE

Dated:  June 5, 2020.


SO ORDERED

_____
Clerk of Court

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 5, 2020, I filed, and served on all counsel of record, the foregoing Request for Clerk's Extension, via CM/ECF.

                                              */s/ Kerri E. Chewning*
                                              KERRI E. CHEWNING