**FERRARA LAW GROUP, P.C.**
Ralph P. Ferrara, Esquire (ID #024521985)
Kevin J. Kotch (ID #050341993)
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
P: (609) 571-3738
F: (609) 498-7440
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK DANIEL HOSPITALITY LLC (d/b/a INC)**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMGUARD INSURANCE COMPANY**<br><br>*Defendant.* | NO. 3:20-cv-06772-FLW-TJB<br><br>**ORDER GRANTING MOTION TO REMAND** |

WHEREAS Plaintiff Mark Daniel Hospitality LLC (d/b/a INC), by and through its attorneys, Ferrara Law Group, P.C., has filed a motion to remand this matter to the Superior Court of New Jersey on notice to Defendant, and the Court having considered the papers and any opposition thereto, and the arguments on of counsel, and for good cause shown, and for the reasons set forth on the record;

IT IS on this _____ day of _____, 2020,

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that this matter shall be remanded to the Superior Court of New Jersey, Mercer County; and it is further

ORDERED that a copy of this Order shall be served upon all counsel via ECF.

BY THE COURT:

Dated: _____ __, 2020

_____
Honorable Freda L. Wolfson
United States District Judge