**FERRARA LAW GROUP, P.C.**
Ralph P. Ferrara, Esquire (ID #024521985)
Kevin J. Kotch (ID #050341993)
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
P: (609) 571-3738
F: (609) 498-7440
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK DANIEL HOSPITALITY LLC (d/b/a INC)**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMGUARD INSURANCE COMPANY**<br><br>*Defendant.* | NO. 3:20-cv-06772-FLW-TJB<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on this 26thday of June 2020, I caused a true and correct copy of the Notice of Motion, Memorandum, Declaration of Ralph P. Ferrara, Esquire, Proposed Order and Certificate of Service to be served via the Court's ECF on the following:

Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108

Kerri E. Chewing, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, New Jersey 08003

Attorneys for Defendant

DATE: June 26, 2020         BY:   /s/ Ralph P. Ferrara
                                  RALPH P. FERRARA, ESQUIRE
                                  Attorney for Plaintiff Mark Daniel
                                  Hospitality LLC (d/b/a INC)