**FERRARA LAW GROUP, P.C.**
Ralph P. Ferrara, Esquire (ID #024521985)
Kevin J. Kotch (ID #050341993)
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
P: (609) 571-3738
F: (609) 498-7440
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK DANIEL HOSPITALITY LLC (d/b/a INC)**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMGUARD INSURANCE COMPANY**<br><br>*Defendant.* | NO. 3:20-cv-06772-FLW-TJB<br><br>**NOTICE OF CROSS-MOTION** |

TO:    Susan M. Leming, Esquire
        Brown & Connery, LLP
        360 Haddon Avenue
        P.O. Box 539
        Westmont, New Jersey 08108

        Kerri E. Chewing, Esquire
        Archer & Greiner, P.C.
        One Centennial Square
        Haddonfield, New Jersey 08003

        *Attorneys for Defendant*

        **PLEASE TAKE NOTICE THAT,** Plaintiff Mark Daniel Hospitality LLC (d/b/a INC), by and through its undersigned counsel of record, shall move the United States District Court for the District of New Jersey, before the Honorable

Freda L. Wolfson, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, Trenton, New Jersey, on August 3, 2020, for an order granting leave to amend the complaint.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon its Memorandum of Law and the accompanying exhibits in support of its Motion.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff respectfully requests oral argument, should this motion be opposed.

                                            Respectfully submitted,

                                            **FERRARA LAW GROUP, P.C.**

DATE:  July 20, 2020              BY:   /s/ Ralph P. Ferrara
                                                       RALPH P. FERRARA, ESQUIRE
                                                       Attorney for Plaintiff Mark Daniel
                                                       Hospitality LLC (d/b/a INC)