**FERRARA LAW GROUP, P.C.**
Ralph P. Ferrara, Esquire (ID #024521985)
Kevin J. Kotch (ID #050341993)
50 W. State Street, Suite 1100
Trenton, New Jersey 08608
P: (609) 571-3738
F: (609) 498-7440
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARK DANIEL HOSPITALITY LLC (d/b/a INC)**<br><br>*Plaintiff,*<br><br>v.<br><br>**AMGUARD INSURANCE COMPANY**<br><br>*Defendant.* | NO. 3:20-cv-06772-FLW-TJB<br><br>**ORDER GRANTING DENYING DEFENDANT'S MOTION TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND** |

WHEREAS Defendant AmGUARD Insurance Company, by and through its attorneys, Brown & Connery, LLP, has filed a motion to dismiss and Plaintiff Mark Daniel Hospitality LLC (d/b/a INC), by and through its attorneys, Ferrara Law Group, P.C., has filed a cross-motion for leave to amend the complaint, and the Court having considered the papers and any opposition thereto, and the arguments on of counsel, and for good cause shown, and for the reasons set forth on the record;

IT IS on this _____ day of _____, 2020,

ORDERED that Defendant's motion to dismiss is DENIED; and

ORDERED that Plaintiff's motion to amend the complaint is GRANTED. Plaintiff shall file its Amended Complaint within 14 days of the date of this Order.

ORDERED that a copy of this Order shall be served upon all counsel via ECF.

BY THE COURT:

Dated: _____ __, 2020

_____
Honorable Freda L. Wolfson
United States District Judge