# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-2320

Mark Daniel Hospitality LLC v. Amguard Insurance Co

(U.S. District Court No.: 3-20-cv-06772)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   March 12, 2024
TMM/cc:   Ralph P. Ferrara, Esq.
Bryce L. Friedman, Esq.
Michael J. Garvey, Esq.
Kevin J. Kotch, Esq.
Susan M. Leming, Esq.
Melissa E. Rhoads

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate